THE STATE OF FLORIDA *ex rel.* W. H. ELLIS, AS ATTORNEY-GENERAL OF SAID STATE, AND J. M. BARRS, AS SPECIAL COUNSEL FOR THE RAILROAD COMMISSIONERS OF THE STATE OF FLORIDA, *Plaintiff,* v. JACKSONVILLE AND SOUTHWESTERN RAILROAD COMPANY, *Respondent.*

Counsel for respondent announcing that its railroad pending the suit had been acquired by the Atlantic Coast Line Railroad Company, and consenting that the same order should be entered in this as in the case against the latter company heard at the same time, and no testimony specially applicable to the respondent being offered, and the court having granted the peremptory writ in the other case, peremptory writ must issue in this.

This case was decided by the court *En Banc.*

This is a case of original jurisdiction.

The facts in the case are stated in the opinion of the court.

*W. H. Ellis,* Attorney-General, and *J. M. Barrs* for plaintiff·

*Jno. E. Hartridge* for respondent.

PER CURIAM.—Upon the calling of this case it was announced by respondent, that pending the suit this railroad had been acquired by the Atlantic Coast Line Railroad Company, and that the same order should be entered herein as might be entered in the case pending between the same relators and the said Atlantic Coast Line. No testimony specially applicable to this respondent was offered in the other case and the return being not proven, the same order will be entered here as in that case, *viz*: that the peremptory writ do issue.

TAYLOR, C. J., SHACKLEFORD, COCKRELL, HOCKER and WHITFIELD, JJ., concur.

CARTER, J., absent.